IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**AURELIO QUINONES-PORTOCARRERO**                                                    **PETITIONER**
Reg #33304-018

v.                               Case No. 2:22-CV-134-LPR

**JOHN P. YATES,**
Warden, FCI-Forrest City Low                                                          **RESPONDENT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. The Court has also received timely objections from Petitioner. After a careful review of the objections, and a *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and is hereby, approved and adopted as this Court's findings as follows. As to the exhaustion issue, the Court does not adopt the Recommendation. The Court chooses not to opine on that issue at all. As to the remainder of the issues, the Court adopts the Recommendation in full. Judge Ervin is correct that rational basis scrutiny applies here, and Petitioner's submissions (including his objections) have come nowhere close to even plausibly alleging the lack of a rational basis.

It is therefore ordered that the § 2241 petition be dismissed with prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE