**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**AURELIO QUINONES-PORTOCARRERO**                                 **PETITIONER**
**Reg #33304-018**

**v.**                              **Case No. 2:22-CV-134-LPR**

**JOHN P. YATES,**
**Warden, FCI-Forrest City Low**                                      **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this action is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE